IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDMUND BRYAN HEIMLICH, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:19-CV-437-RP |
| THE STATE OF TEXAS, et al., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the court issued an order dismissing Plaintiff's claims against each Defendant. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

**SIGNED** on June 20, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE